**RICHARD I. DREITZER, ESQ.**
Nevada Bar No. 6626
**JAMES T. TUCKER, ESQ.**
Nevada Bar No. 12507
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, Eleventh Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Richard.Dreitzer@wilsonelser.com
James.Tucker@wilsonelser.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO: 2:17-cv-02458-MMD-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| LUCINDA MANAGEMENT, LLC, et al., | **(First Request)** |
| Defendants. | |

Plaintiff U.S. Equal Employment Opportunity Commission, (hereinafter "Plaintiff") by and through undersigned counsel, and Defendants Lucinda Management, LLC, et al. ( "Defendants"), by and through undersigned counsel, hereby stipulate and agree that: (1) the time in which Defendants may answer or otherwise respond (e.g. file a responsive pleading or motion) to the Complaint be extended until January 8, 2018; and (2) the time in which the Plaintiff may file its response to any motion responsive to the Complaint that may be filed by Defendants be extended until February 12, 2018.

The Plaintiff's Complaint asserts sexual harassment and retaliation claims against nearly a dozen companies in Nevada and New York on behalf of three named plaintiffs and a class of claimants with allegations dating back as much as fifteen years. Given the scope of the allegations and size of the proposed class (as identified by the Plaintiff during previous communications), Defendants require additional time to prepare a pleading or motion responsive to the Complaint.

The Parties further mutually agree that the requested deadlines will avoid conflicts with the holiday season, including office closures and previously scheduled vacations. As such, good cause is provided for this request. In making this stipulation, the Parties each do not waive any of their respective legal or procedural rights, which are hereby preserved.

Dated this 11th day of December, 2017.　　　　Dated this 11th day of December, 2017.

U.S. EQUAL EMPLOYMENT　　　　　　　　　WILSON, ELSER, MOSKOWITZ,
OPPORTUNITY COMMISSION　　　　　　　　EDELMAN & DICKER LLP

/s/ Nechole M. Garcia　　　　　　　　　　　　/s/ Richard I. Dreitzer
_____　　　_____
NECHOLE M. GARCIA　　　　　　　　　　　RICHARD I. DREITZER
Nevada Bar No. 12746　　　　　　　　　　　Nevada Bar No.: 6626
333 Las Vegas Boulevard South, Suite 8112　　JAMES T. TUCKER
Las Vegas, NV 89101　　　　　　　　　　　Nevada Bar No.: 12507
(702) 388-5072　　　　　　　　　　　　　　300 South 4th Street, 11th Floor
Attorneys for Plaintiff　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　　(702) 727-1400
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

## **ORDER**

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, it is hereby ordered and adjudged:

1. The time in which Defendants may answer or otherwise respond (file a responsive pleading or motion) to the Complaint shall be extended until **January 8, 2018**;

2. The time in which the Plaintiff may file its response to any motion responsive to the Complaint that may be filed by Defendants shall be extended until **February 12, 2018**; and

3. The Parties' respective legal or procedural rights are hereby preserved.

IT IS SO ORDERED.

Dated: 12/12/2017

_____
UNITED SATES MAGISTRATE JUDGE

1235928v.1　　　　　　　　Page 2 of 2