Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Nechole M. Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, NV 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
E-Mail: nechole.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LUCINDA MANAGEMENT, LLC, CENTENNIAL FOOD CORPORATION dba IHOP RESTAURANT, NELLIS FOOD CORPORATION dba IHOP RESTAURANT, VEGAS FOOD CORPORATION dba IHOP RESTAURANT, CHEYENNE FOOD CORPORATION dba IHOP RESTAURANT, CRAIG FOOD CORPORATION dba IHOP RESTAURANT, BAYSHORE FOOD CORPORATION dba IHOP RESTAURANT, DiHOP CORPORATION dba IHOP RESTAURANT, COOPER STREET CLAM & OYSTER BAR, LLC, and Does 1-5 Inclusive,<br><br>Defendant. | Case No.: 2:17-cv-02458-MMD-GWF<br><br>**NOTICE OF RESTORATION OF FUNDING TO THE FEDERAL GOVERNMENT AND REOPENING OF THE EEOC AND UNOPPOSED MOTION TO LIFT STAY AND RESET DEADLINES** |

-1-

| | |
|---|---|
| 1 | On December 26, 2018, Plaintiff Equal Employment Opportunity Commission ("EEOC") filed an unopposed motion to stay this litigation and extend all deadlines due to the shutdown of operations of the Federal Government and lapse in appropriations (ECF No. 53). |

On December 26, 2018, Plaintiff Equal Employment Opportunity Commission ("EEOC") filed an unopposed motion to stay this litigation and extend all deadlines due to the shutdown of operations of the Federal Government and lapse in appropriations (ECF No. 53).

On January 2, 2019, the Court granted the motion to stay this matter pending the restoration of funding to the EEOC and extended all pending deadlines in this matter for the same number of days as the EEOC's lapse in appropriations.

On January 25, 2019, the President signed a continuing resolution restoring funding for government operations through February 15, 2019. The EEOC has been reopened. EEOC now files this notice and motion to inform the Court of the restoration of funding to the EEOC.

The only deadline currently applicable to this case is a deadline to file the finalized and signed Consent Decree, previously set for January 11, 2019. Since the reopening of government operations, counsel for EEOC and counsel for Defendants have spoken and agreed that the previously imposed stay should lift and that the deadline to file the finalized consent decree should be extended.

Accordingly, the EEOC respectfully requests that the stay in this matter be lifted and a deadline of February 14, 2019 be set to file the signed consent decree. Although the EEOC requested and the Court agreed to extend all deadlines by the same amount of time as the government was shutdown (35 days), the EEOC proposes February 14, 2019 to file the signed consent decree because the EEOC is currently only funded until February 15, 2019.

Dated: February 5, 2019

Respectfully submitted,

/s/ *Sue Noh*
Sue Noh
Supervisory Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Nechole M. Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, NV 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
E-Mail: nechole.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LUCINDA MANAGEMENT, LLC, CENTENNIAL FOOD CORPORATION dba IHOP RESTAURANT, NELLIS FOOD CORPORATION dba IHOP RESTAURANT, VEGAS FOOD CORPORATION dba IHOP RESTAURANT, CHEYENNE FOOD CORPORATION dba IHOP RESTAURANT, CRAIG FOOD CORPORATION dba IHOP RESTAURANT, BAYSHORE FOOD CORPORATION dba IHOP RESTAURANT, DiHOP CORPORATION dba IHOP RESTAURANT, COOPER STREET CLAM & OYSTER BAR, LLC, and Does 1-5 Inclusive,<br><br>Defendant. | Case No.: 2:17-cv-02458-MMD-GWF<br><br>**ORDER RE: NOTICE OF RESTORATION OF FUNDING TO THE FEDERAL GOVERNMENT AND REOPENING OF THE EEOC AND UNOPPOSED MOTION TO LIFT STAY AND RESET DEADLINES** |

## [PROPOSED] ORDER

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that, in light of the reopening of the government following a thirty-five (35) day lapse in appropriations, the parties will file settlement documents on or before February 14, 2019.

DATED this __6th__ day of __February__, 2019.

_____
The Honorable Miranda M. Du
United States District Judge

| | |
|---|---|
| 1 | Anna Y. Park, CA SBN 164242 |
| 2 | Sue J. Noh, CA SBN 192134 |
|   | Rumduol Vuong, CA SBN 264392 |
| 3 | U.S. EQUAL EMPLOYMENT |
|   | OPPORTUNITY COMMISSION |
| 4 | 255 East Temple Street, Fourth Floor |
|   | Los Angeles, CA 90012 |
| 5 | Telephone: (213) 894-1083 |
|   | Facsimile: (213) 894-1301 |
| 6 | E-Mail: lado.legal@eeoc.gov |
| 7 | Nechole M. Garcia, NV SBN 12746 |
| 8 | U.S. EQUAL EMPLOYMENT |
|   | OPPORTUNITY COMMISSION |
| 9 | 333 Las Vegas Boulevard South, Suite 8112 |
|   | Las Vegas, NV 89101 |
| 10 | Telephone: (702) 388-5072 |
|    | Facsimile: (702) 388-5094 |
| 11 | E-Mail: nechole.garcia@eeoc.gov |
| 12 | Attorneys for Plaintiff |
|    | U.S. EQUAL EMPLOYMENT |
| 13 | OPPORTUNITY COMMISSION |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 2:17-cv-02458-MMD-GWF |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | **RE: NOTICE OF RESTORATION OF FUNDING TO THE FEDERAL GOVERNMENT AND REOPENING OF THE EEOC AND UNOPPOSED MOTION TO LIFT STAY AND RESET DEADLINES; [PROPOSED] ORDER** |
| LUCINDA MANAGEMENT, LLC, CENTENNIAL FOOD CORPORATION dba IHOP RESTAURANT, NELLIS FOOD CORPORATION dba IHOP RESTAURANT, VEGAS FOOD CORPORATION dba IHOP RESTAURANT, CHEYENNE FOOD CORPORATION dba IHOP RESTAURANT, CRAIG FOOD CORPORATION dba IHOP RESTAURANT, BAYSHORE FOOD CORPORATION dba IHOP RESTAURANT, DiHOP CORPORATION dba IHOP RESTAURANT, COOPER STREET CLAM & OYSTER BAR, LLC, and Does 1-5 Inclusive, | |
| Defendant. | |

-1-

# CERTIFICATE OF SERVICE

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause. I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission. My business address is U.S. Equal Employment Opportunity Commission, 255 E. Temple Street, Fourth Floor, Los Angeles, California 90012.

On the date that this declaration was executed, as shown below, I served the foregoing **NOTICE OF RESTORATION OF FUNDING TO THE FEDERAL GOVERNMENT AND REOPENING OF THE EEOC AND UNOPPOSED MOTION TO LIFT STAY AND RESET DEADLINES; [PROPOSED] ORDER** via the Case Management/Electronic Case Filing (CM/ECF) system to:

Richard I. Dreitzer, Esq., Nevada Bar No. 6626
James T. Tucker, Esq., Nevada Bar No. 12507
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
300 South Fourth Street, Eleventh Floor
Las Vegas, NV 89101
(702)727-1400
Richard.dreitzer@wilsonelser.com
James.tucker@wilsonelser.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 5, 2019 at Los Angeles, CA.

*/s/ Sue Noh*
Sue Noh