Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Nechole M. Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 5560
Las Vegas, NV 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
E-Mail: nechole.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LUCINDA MANAGEMENT, LLC, CENTENNIAL FOOD CORPORATION dba IHOP RESTAURANT, NELLIS FOOD CORPORATION dba IHOP RESTAURANT, VEGAS FOOD CORPORATION dba IHOP RESTAURANT, CHEYENNE FOOD CORPORATION dba IHOP RESTAURANT, CRAIG FOOD CORPORATION dba IHOP RESTAURANT, BAYSHORE FOOD CORPORATION dba IHOP RESTAURANT, DiHOP CORPORATION dba IHOP RESTAURANT, COOPER STREET CLAM & OYSTER BAR, LLC, and Does 1-5 Inclusive,<br><br>Defendant. | Case No.: 2:17-cv-02458-MMD-GWF<br><br>**JOINT STIPULATION TO MODIFY THE TERMS OF THE CONSENT DECREE** |

**TO THE HONORABLE MIRANDA M. DU:**

Plaintiff U.S. Equal Employment Opportunity Commission (the "EEOC" or "Commission") and Defendants Lucinda Management, LLC, Centennial Food Corporation dba IHOP Restaurant, Nellis Food Corporation dba IHOP Restaurant, Cheyenne Food Corporation dba IHOP Restaurant, Craig Food Corporation dba IHOP Restaurant, Bayshore Food Corporation dba IHOP Restaurant, DiHOP Corporation dba IHOP Restaurant, and Cooper Street Clam & Oyster Bar, LLC ("Defendants")(collectively, the "Parties") hereby jointly stipulate to modify the deadlines in Sections X.A and X.H of the Consent Decree in the above-captioned case from March 19, 2019 to April 9, 2019.

Pursuant to Section VI.A of the Consent Decree, signed by this Court on February 19, 2019, terms of the Consent Decree may be amended or modified if made in writing, signed by an authorized representative of the Parties, and approved by the Court. Section X.A of the Decree requires Defendants to retain an Equal Employment Monitor ("Monitor") within thirty (30) days of the Effective Date, which is March 19, 2019. Defendants are in the process of retaining a Monitor, but require additional time to finalize the arrangement. Section X.H requires Defendants to establish and disseminate a Toll-Free Hotline within thirty (30) days of the Effective Date, which is March 19, 2019. Defendants have encountered difficulties finding a vendor to establish the Hotline. Therefore, the Parties agree that additional time is required for Defendants to come into full compliance Section X.A and X.H of the Consent Decree.

/ / /
/ / /
/ / /
/ / /
/ / /

As such, the Parties stipulate and respectfully request that the deadlines in Section X.A and X.H of the Consent Decree be extended until April 9, 2019.

**IT IS SO STIPULATED.**

Dated: March 26, 2019                                    Dated: March 26, 2019

U.S. EQUAL EMPLOYMENT                           WILSON, ELSER, MOSKOWITZ, EDELMAN
OPPURTUNITY COMMISSION                       & DICKER, LLP.

*/s/ Nechole Garcia*                                          */s/ Richard Dreitzer*
Nechole Garcia                                                   Richard I. Dreitzer, Esq.
Nevada Bar No. 12746                                       Nevada Bar No. 6626
333 Las Vegas Blvd. South, Suite 5560            James T. Tucker, Esq.
Las Vegas, NV 89101                                         Nevada Bar No. 12507
Attorney for Plaintiff                                         300 South Fourth Street, Eleventh Floor
                                                                          Las Vegas, NV 89101
                                                                          Attorney for Defendants

**PROPOSED ORDER**

**IT IS SO ORDERED.**

DATED:   3/27/2019    _____
                                    THE HONORABLE MIRANDA M. DU,
                                    UNITED STATES DISTRICT JUDGE

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is U.S. Equal Employment Opportunity Commission, Las Vegas Local Office, 333 Las Vegas Boulevard South, Ste 5560, Las Vegas, NV 89101.

On the date that this declaration was executed, as shown below, I served the foregoing **JOINT STIPULATION TO MODIFY THE TERMS OF THE CONSET DECREE** via the Case Management/Electronic Case Filing (CM/ECF) system to:

Richard I. Dreitzer, Esq.
Nevada Bar No. 6626
James T. Tucker, Esq.
Nevada Bar No. 12507
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
300 South Fourth Street, Eleventh Floor
Las Vegas, NV 89101
(702)727-1400
Richard.dreitzer@wilsonelser.com
James.tucker@wilsonelser.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2019, at Las Vegas, NV.

/s/ *Nechole Garcia*
NECHOLE GARCIA

-2-