Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Nechole M. Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 5560
Las Vegas, NV 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
E-Mail: nechole.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LUCINDA MANAGEMENT, LLC, CENTENNIAL FOOD CORPORATION dba IHOP RESTAURANT, NELLIS FOOD CORPORATION dba IHOP RESTAURANT, VEGAS FOOD CORPORATION dba IHOP RESTAURANT, CHEYENNE FOOD CORPORATION dba IHOP RESTAURANT, CRAIG FOOD CORPORATION dba IHOP RESTAURANT, BAYSHORE FOOD CORPORATION dba IHOP RESTAURANT, DiHOP CORPORATION dba IHOP RESTAURANT, COOPER STREET CLAM & OYSTER BAR, LLC, and Does 1-5 Inclusive,<br><br>Defendant. | Case No.: 2:17-cv-02458-MMD-GWF<br><br>**SECOND JOINT STIPULATION TO MODIFY THE TERMS OF THE CONSENT DECREE** |

**TO THE HONORABLE MIRANDA M. DU:**

Plaintiff U.S. Equal Employment Opportunity Commission (the "EEOC" or "Commission") and Defendants Lucinda Management, LLC, Centennial Food Corporation dba IHOP Restaurant, Nellis Food Corporation dba IHOP Restaurant, Cheyenne Food Corporation dba IHOP Restaurant, Craig Food Corporation dba IHOP Restaurant, Bayshore Food Corporation dba IHOP Restaurant, DiHOP Corporation dba IHOP Restaurant, and Cooper Street Clam & Oyster Bar, LLC ("Defendants")(collectively, the "Parties") hereby jointly stipulate to modify the deadline in Sections VIII.A.2 of the Consent Decree in the above-captioned case from April 11, 2019 to April 19, 2019.

Pursuant to Section VI.A of the Consent Decree, signed by this Court on February 19, 2019, terms of the Consent Decree may be amended or modified if made in writing, signed by an authorized representative of the Parties, and approved by the Court. Section VIII.A.2 of the Decree requires Defendants to send a check for back pay and/or a check for compensatory damages for pain and suffering to the Identified Claimants within ten (10) business days of receipt of the EEOC's Distribution List. The EEOC provided its Distribution List to Defendants on March 28, 2019. The current deadline for Defendants' to send payments to the Identified Claimants is April 11, 2019, as it is ten (10) business days from March 28, 2019. However, due to certain logistical issues involved with issuing the settlement checks, Defendants seek an additional week, up to April 19, 2019, to issue the checks to the Identified Claimants. Therefore, the Parties agree that additional time is required for Defendants to comply with Section VIII.A.2 of the Consent Decree.

/ / /
/ / /
/ / /
/ / /
/ / /

As such, the Parties stipulate and respectfully request that the deadline in VIII.A.2 of the Consent Decree be extended until April 19, 2019.

**IT IS SO STIPULATED.**

Dated: April 3, 2019

U.S. EQUAL EMPLOYMENT
OPPURTUNITY COMMISSION

 */s/ Nechole Garcia*
Nechole Garcia
Nevada Bar No. 12746
333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101
Attorney for Plaintiff

Dated: April 3, 2019

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER, LLP.

 */s/ Richard Dreitzer*
Richard I. Dreitzer, Esq.
Nevada Bar No. 6626
James T. Tucker, Esq.
Nevada Bar No. 12507
300 South Fourth Street, Eleventh Floor
Las Vegas, NV 89101
Attorney for Defendants

**ORDER**

**IT IS SO ORDERED.**

DATED: 4 / 3 /2019

THE HONORABLE MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE

Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Nechole M. Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 8112
Las Vegas, NV 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
E-Mail: nechole.garcia@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LUCINDA MANAGEMENT, LLC, CENTENNIAL FOOD CORPORATION dba IHOP RESTAURANT, NELLIS FOOD CORPORATION dba IHOP RESTAURANT, VEGAS FOOD CORPORATION dba IHOP RESTAURANT, CHEYENNE FOOD CORPORATION dba IHOP RESTAURANT, CRAIG FOOD CORPORATION dba IHOP RESTAURANT, BAYSHORE FOOD CORPORATION dba IHOP RESTAURANT, DiHOP CORPORATION dba IHOP RESTAURANT, COOPER STREET CLAM & OYSTER BAR, LLC, and Does 1-5 Inclusive,<br><br>　　　　Defendant. | Case No.: 2:17-cv-02458-MMD-GWF<br><br>**CERTIFICATE OF SERVICE** |

-1-

| | |
|---|---|
| 1 | I am, and was at the time the herein mentioned mailing took place, a citizen of the |
| 2 | United States, over the age of eighteen (18) years and not a party to the above-entitled cause. |
| 3 | I am employed in the Legal Unit of the Los Angeles District Office of the United States |
| 4 | Equal Employment Opportunity Commission. |
| 5 | |
| 6 | My business address is U.S. Equal Employment Opportunity Commission, Las Vegas |
| 7 | Local Office, 333 Las Vegas Boulevard South, Ste 5560, Las Vegas, NV 89101. |
| 8 | On the date that this declaration was executed, as shown below, I served the foregoing |
| 9 | **SECOND JOINT STIPULATION TO MODIFY THE TERMS OF THE CONSENT** |
| 10 | **DECREE** via the Case Management/Electronic Case Filing (CM/ECF) system to: |

Richard I. Dreitzer, Esq.
Nevada Bar No. 6626
James T. Tucker, Esq.
Nevada Bar No. 12507
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
300 South Fourth Street, Eleventh Floor
Las Vegas, NV 89101
(702)727-1400
Richard.dreitzer@wilsonelser.com
James.tucker@wilsonelser.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2019, at Las Vegas, NV.

                                            /s/ *Nechole Garcia*
                                            NECHOLE GARCIA