WENDY M. KRINCEK, ESQ., Bar # 6417
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.993.0569
Email:          wkrincek@littler.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiffs,<br><br>vs.<br><br>LUCINDA MANAGEMENT, LLC, CENTENNIAL FOOD CORPORATION dba IHOP RESTAURANT, NELLIS FOOD CORPORATION dba IHOP RESTAURANT, VEGAS FOOD CORPORATION dba IHOP RESTAURANT, CHEYENNE FOOD CORPORATION dba IHOP RESTAURANT, CRAIG FOOD CORPORATION dba IHOP RESTAURANT, BAYSHORE FOOD CORPORATION dba IHOP RESTAURANT, DiHOP CORPORATION dba IHOP RESTAURANT, COOPER STREET CLAM & OYSTER BAR, LLC, and Does 1-5 Inclusive,<br><br>Defendants. | Case No. 2:17-cv-02458-MMD-EJY<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANTS' COUNSEL** |

TO THE HONORABLE COURT, PLAINTIFF, AND ALL COUNSEL OF RECORD:

Defendants hereby substitute the law firm of Littler Mendelson as their attorneys of record in the place and stead of Richard I. Dreitzer of the law firm of Fennemore Craig, P.C. and James T.

/   /   /

/   /   /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  Tucker of the law firm Wilson Elser Moskowitz Edelman & Dicker.

Dated this  6  day of April, 2021.    By: /s/ Pilar Reynado
                                      Print: Pilar Reynado
                                      Title: Truckee HR
                                      Lucinda Management, LLC

On behalf of Fennemore Craig, P.C., I hereby consent to the foregoing substitution of counsel.

Dated this  6  day of April, 2021.    FENNEMORE CRAIG, P.C.

                                      By: /s/ Richard I. Dreitzer, Esq.
                                      Richard I. Dreitzer, Esq.
                                      300 S. Fourth Street
                                      Suite 1400
                                      Las Vegas, NV 89101
                                      Tel: 702.692.8000

On behalf of Wilson Elser Moskowitz Edelman & Dicker, I hereby consent to the foregoing substitution of counsel.

Dated this  6  day of April, 2021.    WILSON ELSER MOSKOWITZ EDELMAN
                                      & DICKER

                                      By: /s/ James T. Tucker, Esq.
                                      James T. Tucker, Esq.
                                      6689 Las Vegas Blvd., South
                                      Suite 200
                                      Las Vegas, NV 89119
                                      Tel: 702.727.1400

On behalf of Littler Mendelson, I hereby consent to the foregoing substitution of counsel.

Dated this  6  day of April, 2021.

                                      LITTLER MENDELSON, P.C.

**IT IS SO ORDERED that the Motion to Substitute Counsel, ECF No. 74, (misidentified as a Notice) is GRANTED.**

                                      By: /s/ Wendy M. Krincek, Esq.
                                      Wendy M. Krincek, Esq.
                                      3960 Howard Hughes Parkway
                                      Suite 300
                                      Las Vegas, NV 89169
                                      Telephone: 702.862.8800

**U.S. MAGISTRATE JUDGE**

**Dated:  April 6, 2021**

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2.