Anna Y. Park, CA SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, CA SBN 236260
nakkisa.akhavan@eeoc.gov
Taylor Markey, CA SBN 319557
taylor.markey@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301

*Attorneys for Plaintiff*
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LUCINDA MANAGEMENT, LLC, CENTENNIAL FOOD CORPORATION dba IHOP RESTAURANT, NELLIS FOOD CORPORATION dba IHOP RESTAURANT, VEGAS FOOD CORPORATION dba IHOP RESTAURANT, CHEYENNE FOOD CORPORATION dba IHOP RESTAURANT, CRAIG FOOD CORPORATION dba IHOP RESTAURANT, BAYSHORE FOOD CORPORATION dba IHOP RESTAURANT, DiHOP CORPORATION dba IHOP RESTAURANT, COOPER STREET CLAM & OYSTER BAR, LLC, and Does 1-5 Inclusive, <br><br> Defendants. | Case No.: 2:17-cv-02458-MMD-EJY <br><br> **JOINT STIPULATION TO EXTEND THE TERM OF THE CONSENT DECREE FROM FEBRUARY 19, 2024 TO AUGUST 18, 2024** |

-1-

**TO THE HONORABLE MIRANDA M. DU:**

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") and Lucinda Management, LLC, Centennial Food Corporation dba IHOP Restaurant, Nellis Food Corporation dba IHOP Restaurant, Vegas Food Corporation dba IHOP Restaurant, Cheyenne Food Corporation dba IHOP Restaurant, Craig Food Corporation dba IHOP Restaurant, Bayshore Food Corporation dba IHOP Restaurant, DiHOP Corporation dba IHOP Restaurant, Cooper Street Clam & Oyster Bar, LLC ("Defendants")(collectively, the "Parties") hereby jointly stipulate to extend the term of the Consent Decree in the above-captioned case for six (6) months, from February 19, 2024, the current end of the term of the Decree, until August 18, 2024 to allow for a 6-month hiatus of certain requirements of the Consent Decree from November 1, 2020 through April 30, 2021 due to hardship created by the Covid-19 pandemic.

Pursuant to Section VI.A of the Consent Decree, signed by this Court on February 19, 2019, the terms of the Consent Decree may be amended or modified by a mutual written and signed agreement and the approval of this Court.[1]  Under Section IV.B, this Court retains jurisdiction over this matter for the purposes of entering all orders, judgments and decrees that may be necessary to implement the relief provided for in the Consent Decree.

In September 2020, Defendants requested a six-month hiatus from enforcement of the Consent Decree due to the financial hardship they were experiencing as a result of the coronavirus pandemic. The EEOC was receptive to this request and expressed to Defendants its openness to agree to a hiatus on terms that would achieve the goal of reducing the cost of compliance with the Consent Decree during the height of the pandemic, while keeping in place inexpensive or cost-free provisions of the Decree and postponing some obligations until after the hiatus. Due to the need to place the Consent Decree temporarily on hiatus from November 1, 2020 until April 30, 2021 (the "hiatus term") and complete some of the Consent Decree's requirements later than initially anticipated, the Parties have mutually agreed to extend the term of the Consent Decree by six months. In order to ensure that the purpose of the Consent Decree – the protection of Defendants' employees from discrimination, harassment and retaliation – is still

---

[1] "No waiver, modification or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties and approved by the Court."

achieved, the Parties have also mutually agreed to the following terms:

1. During the hiatus term, Section IX of the Consent Decree ("General Injunctive Relief") will remain in full force and effect;

2. During the hiatus term, Defendants will comply with their internal complaint procedure under Section X.F of the Consent Decree, including by investigating and taking prompt and appropriate remedial action with respect to complaints of harassment, discrimination and retaliation;

3. The EEOC previously requested and received a signed declaration from Lucinda's Director of Human Resources, Pilar Peynado, attesting that Lucinda had provided all relevant complaints and investigation-related documents pursuant to Section X.L of the Consent Decree through December 14, 2020. During the hiatus term, Defendants will comply with the recordkeeping requirements established in Consent Decree Section X.L, including by updating their internal complaint tracker with all complaints of discrimination, harassment and retaliation;

4. During the hiatus term, Defendants will produce all complaints and investigation-related documents required to be produced under the Decree to the Monitor and continue to retain the Monitor for the limited purpose of providing feedback related to investigations;

5. During the hiatus term, one HR training required by the Consent Decree will be completed regarding investigation review and how to properly conduct an investigation by the end of the hiatus term;

6. During the hiatus term, Defendants will maintain a hotline for receiving complaints and continue to disseminate the EEOC's toll-free number;

7. During the hiatus term, Defendants will comply with the posting requirements of the Consent Decree under Section X.M;

8. During the hiatus term, Defendants will utilize the performance review form they created in compliance with Section X.K of the Consent Decree;

9. Following the hiatus term, Defendants will meet with the Monitor on May 3, 2020 at

10:00 a.m. to discuss relevant developments during the hiatus term, plan the resumption of training required by the Consent Decree, and the resumption of other Monitor requirements under the Consent Decree;

10. The Monitor will produce a short, informal report to the EEOC by May 30, 2020 regarding relevant developments during the hiatus term;

11. Following the hiatus term, Defendants will have all training materials reviewed by the Monitor and ready to conduct the remaining required training sessions before the Train-the-Trainer session which must be completed by June 15, 2021;

12. Following the hiatus term, Defendants will follow the training schedule entitled Updated Proposed Plan for Completion of Training (attached hereto as Attachment A);

13. For the remainder of the Decree term, Defendants will provide notice of the time, date, and location of all trainings to EEOC and the Monitor ten (10) business days in advance and coordinate the training dates with the Monitor.

As such, the parties stipulate, and respectfully request that the Court approve the stipulation that the Consent Decree term be extended for approximately six (6) months from February 19, 2024, the current end date of the Consent Decree, until August 18, 2024. Therefore, the parties stipulate to the Consent Decree term ending on August 18, 2024.

**IT IS SO STIPULATED.**

Date: April 13, 2021

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


/s/ Taylor Markey
Taylor Markey
Attorney for Plaintiff, EEOC

Dated: April 13, 2021

LITTLER MENDELSON P.C.


/s/ Wendy M. Krincek
Wendy M. Krincek
Attorney for Defendants

1

## ORDER

2

**JOINT STIPULATION TO EXTEND THE TERM OF THE CONSENT DECREE**
**FROM FEBRUARY 19, 2024 TO AUGUST 18, 2024 IS GRANTED. IT IS SO**
**ORDERED.**

3

4

5

Date:   April 14, 2021

6

THE HONORABLE MIRANDA M. DU,
CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation to Extent the Term of the Consent Decree
Case No. 2:17-cv-02458-MMD-EJY

# ATTACHMENT A

# ATTACHMENT A

<u>Updated Proposed Plan for Completion of Training</u>

5 Civility Training Sessions Conducted By The Following Dates:

                June 30, 2021
                June 30, 2022
                June 30, 2023
                December 30, 2023
                June 30, 2024

4 Non-Management Training Sessions Conducted By The Following Dates:

                August 18, 2021
                August 18, 2022
                August 18, 2023
                August 18, 2024

9 Human Resources Training Sessions Completed By The Following Dates:

                April 28, 2021 (to review investigations)
                June 15, 2021 or other date prior to the first civility training
                (to be utilized as a train the trainer session for civility,
                manager and non-manager training)
                December 30, 2021
                June 30, 2022
                December 30, 2022
                June 20, 2023
                December 30, 2023
                June 30, 2023
                December 30, 2023

9 Management Training Sessions To Be Completed By The Following Dates:

                July 30, 2021
                January 30, 2022
                April 30, 2022
                July 30, 2022
                January 30, 2023
                July 30, 2023
                January 30, 2024
                April 30, 2024
                August 18, 2024