

FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ELIZABETH A. HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 862-3803
E-Mail Address: mricciardi@fisherphillips.com
E-Mail Address:  ehanson@fisherphillips.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISIONS, | ) Case No: 2:17-cv-02458-MMD-EJY |
|---|---|
| Plaintiff, | ) **SUBSTITUTION OF ATTORNEY** |
| vs. | ) |
| LUCINDA MANAGEMENT, LLC, CENTENNIAL FOOD CORPORATION dba IHOP RESTAURANT, NELLIS FOOD CORPORATION dba IHOP RESTAURANT, VEGAS FOOD CORPORATION dba IHOP RESTAURANT, CHEYENNE FOOD CORPORATION dba IHOP RESTAURANT, CRAIG FOOD CORPORATION dba IHOP RESTAURANT, BAYSHORE FOOD CORPORATION dba IHOP RESTAURANT, DiHOP CORPORATION dba IHOP RESTAURANT, COOPER STREET CLAM & OYSTER BAR, LLC, and Does 1-5 Inclusive, | ) |
| Defendants. | ) |

Defendant, Lucinda Management, LLC, Centennial Food Corporation dba

IHOP Restaurant, Nellis Food Corporation dba IHOP RESTAURANT, Vegas Food

- 1 -

FP 51906491.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1    Corporation dba IHOP Restaurant, Cheyenne Food Corporation dba IHOP Restaurant,

2    Craig Food Corporation dba IHOP Restaurant, Bayshore Food Corporation dba IHOP

3    Restaurant, DiHop Corporation dba IHOP Restaurant, Cooper Street Clam & Oyster

4    Bar, LLC, ("Defendants") hereby substitute Mark J. Ricciardi, Esq, of Fisher Phillips,

5    LLP, 300 S. Fourth Street, Suite 1500, Las Vegas, Nevada, 89101, (702) 862-3803, as

6

7    attorney of record in place and stead of: Wendy Medura Krincek, Littler Mendelson,

8    P.C., 3960 Howard Hughes Pkwy, Suite 300, Las Vegas, Nevada, 89169, (702) 862-

9    8800.

10                                                 DAWN DREWEL
11                                                 CHIEF BUSINESS OFFICER

12   DATED: 8/16/24
13                                                 (Signature of Party)

14   I consent to the above substitution.

15   DATED: 8/16/24                                /s/ Wendy M. Krincek
16                                                 (Signature of Present Attorney)

17

18   I am duly admitted to practice in this District.
     Above substitution accepted.

19   DATED: 8/16/24
20                                                 (Signature of New Attorney)

21   Please check one: __X__ RETAINED, or ____ APPOINTED BY THE COURT

22

23                          IT IS SO ORDERED.

24
     DATED  August 19, 2024
25

26                                                 U.S. MAGISTRATE JUDGE

27

28

FP 51906491.1                               - 2 -