Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 236260
nakkisa.akhavan@eeoc.gov
Taylor Markey, CA SBN 319557
taylor.markey@eeoc.gov
Andrea E. Ringer, SBN 307315
andrea.ringer@eeoc.gov
Derek Li, SBN 150122
derek.li@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  213-785-3080
Facsimile:  (213) 894-1301

*Attorneys for Plaintiff*
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>LUCINDA MANAGEMENT, LLC, CENTENNIAL FOOD CORPORATION dba IHOP RESTAURANT, NELLIS FOOD CORPORATION dba IHOP RESTAURANT, VEGAS FOOD CORPORATION dba IHOP RESTAURANT, CHEYENNE FOOD CORPORATION dba IHOP RESTAURANT, CRAIG FOOD CORPORATION dba IHOP RESTAURANT, BAYSHORE FOOD CORPORATION dba IHOP RESTAURANT, DiHOP CORPORATION dba IHOP RESTAURANT, COOPER STREET CLAM & OYSTER BAR, LLC, and Does 1-5 Inclusive,<br>            Defendants. | Case No.: 2:17-cv-02458-MMD-EJY<br><br>**JOINT STIPULATION TO EXTEND THE TERM OF THE CONSENT DECREE FROM AUGUST 18, 2024 TO AUGUST 28, 2024** |

-1-

Joint Stipulation to Extend the Term of the Consent Decree
Case No. 2:17-cv-02458-MMD-EJY

**TO THE HONORABLE MIRANDA M. DU:**

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") and Lucinda Management, LLC, Centennial Food Corporation dba IHOP Restaurant, Nellis Food Corporation dba IHOP Restaurant, Vegas Food Corporation dba IHOP Restaurant, Cheyenne Food Corporation dba IHOP Restaurant, Craig Food Corporation dba IHOP Restaurant, Bayshore Food Corporation dba IHOP Restaurant, DiHOP Corporation dba IHOP Restaurant, Cooper Street Clam & Oyster Bar, LLC ("Defendants") (collectively, the "Parties") hereby jointly stipulate to extend the term of the Consent Decree in the above-captioned case for ten (10) days, from August 18, 2024, the current end of the term of the Decree, until August 28, 2024 to allow the Parties to negotiate a stipulation to extend certain requirements of the Consent Decree.

Pursuant to Section V1.A of the Consent Decree, signed by this Court on February 19, 2019, the terms of the Consent Decree may be amended or modified by a mutual written and signed agreement and the approval of this Court. Under Section IV.B, this Court retains jurisdiction over this matter for the purposes of entering all orders, judgments and decrees that may be necessary to implement the relief provided for in the Consent Decree.

The Parties have agreed in principle to a stipulation to extend certain provisions of the Consent Decree related to monitoring and reporting of equal opportunity employment complaints and Defendant's investigations. The Parties require more time to negotiate the terms of the extension of the Consent Decree. As such, the parties hereby stipulate, and respectfully request that the Court approve the stipulation that the Consent Decree term be extended until August 28, 2024, to permit the Parties to file a further Joint Stipulation to extend the Consent Decree.

**IT IS SO STIPULATED.**

Respectfully Submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Date: August 19, 2024                     */s/ Taylor Markey*

-3-

By:   Taylor Markey
       Attorney for Plaintiff, EEOC

FISHER PHILLIPS LLP

Date: August 19, 2024

*/s/ Mark J. Ricciardi, Esq.*
By:   Mark J. Ricciardi, Esq.
       Attorney for Defendants

**IT IS SO ORDERED.**

_____
**THE HONORABLE MIRANDA M. DU**
**UNITED STATES DISTRICT JUDGE**

DATED: August 20, 2024