Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 236260
nakkisa.akhavan@eeoc.gov
Ella Hushagen, CA SBN 297990
ella.hushagen@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  213-785-3080
Facsimile:  (213) 894-1301

*Attorneys for Plaintiff*
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>LUCINDA MANAGEMENT, LLC, CENTENNIAL FOOD CORPORATION dba IHOP RESTAURANT, NELLIS FOOD CORPORATION dba IHOP RESTAURANT, VEGAS FOOD CORPORATION dba IHOP RESTAURANT, CHEYENNE FOOD CORPORATION dba IHOP RESTAURANT, CRAIG FOOD CORPORATION dba IHOP RESTAURANT, BAYSHORE FOOD CORPORATION dba IHOP RESTAURANT, DiHOP CORPORATION dba IHOP RESTAURANT, COOPER STREET CLAM & OYSTER BAR, LLC, and Does 1-5 Inclusive,<br>            Defendants. | Case No.: 2:17-cv-02458-MMD-EJY<br><br>**PLAINTIFF EEOC'S MOTION TO WITHDRAW EEOC TRIAL ATTORNEYS** |

-1-

-2-

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") moves this Court for an Order granting its Motion to Withdraw EEOC Trial Attorneys Taylor Markey, Sue Noh, Rumduol Kim Vuong, Nechole M. Garcia, and Jennifer Boulton as attorneys of record for the EEOC in this matter. All should no longer receive notices via the Court's CM/ECF system in this matter.

EEOC attorneys Anna Y. Park, Nakkisa Akhavan, and Ella Hushagen remain as attorneys of record for the EEOC.

Dated: August 20, 2024        Respectfully submitted,

/s/ Ella Hushagen
Ella Hushagen
EEOC Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**IT IS SO ORDERED.**

**THE HONORABLE ELAYNA J. YOUCHAH**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 20, 2024